UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cv-02082-MA |
| Plaintiff, | **ORDER** |
| v. | |
| 77752 TRADITION DRIVE, La QUINTA, CA, Riverside County, State and District of California, Real Property with Buildings, Appurtenances, and Improvements, *in rem*, | |
| Defendant. | |

**MARSH, Judge**.

This Court grants Plaintiff and Claimants Geoff Walsh, Tiffany Walsh, and Terwilliger Curves, LLC's Joint Motion for Order to Lift Stay and Order for Voluntary Dismissal (ECF No. 60). The stay of this proceeding is LIFTED and this proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this _18_ day of December, 2017.

Malcolm F. Marsh
United States District Judge

1 - ORDER